LAW OFFICE
# FRANK A. RUBINO, ESQ. P.A.
FEDERAL AND INTERNATIONAL
CRIMINAL DEFENSE

MIAMI OFFICE:
BRICKELL BAY TOWER
1001 BRICKELL BAY DRIVE
SUITE 2206
MIAMI, FLORIDA 33131
TELEPHONE: (305) 858-5300
TELEFAX: (305) 350-2001
(866) 718-3994

November 4th, 2014

HOUSTON OFFICE:
JP MORGAN CHASE BUILDING
712 MAIN STREET
HOUSTON, TEXAS 77002
TELEPHONE: (713) 574-7716
TELEFAX: (305) 350-2001
(888) 556-3558

Loretta A. Preska, Chief Judge
United States District Court
1320 U.S. Courthouse
500 Pearl Street
New York, NY  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-18-14

Re:   United States v. Jose Alejandro Hurtado
      Case No:  13CR673

Dear Chief Judge Preska,

On September 23rd, 2014 this Honorable Court approved a bail package for the defendant Jose Alejandro Hurtado. On September 24th, 2014 the defendant was released on a Two Million Dollar unsecured bond. He surrendered all of his travel documents and his travel was restricted to the Southern and Eastern District of New York and the Southern District of Florida. He is required to report to Pretrial Services.

The defendant, Jose Alejandro Hurtado, most respectfully requests permission of this Court to travel with his family; wife, child, mother-in-law, and brother-in-law to The Falcon Point Resort Hotel, 175 Lake Street, Avon, CO 81620. Mr. Hurtado and his family would like to spend the Christmas Holidays there arriving on December 25th and leaving on January 1st. They

Loretta A. Preska, Chief Judge
United States District Court
November 4th, 2014
Page 2

will be flying on American Airlines to and from. I have discussed this travel request with Assistant United States Attorney Harry A. Chernoff and he has no objection to this request.

Respectfully submitted,

Frank A. Rubino, Esquire
Attorney for Jose Alejandro Hurtado

FAR/icm

*The travel is approved on the condition that Mr. Hutardo provides his itinerary in advance to his Supervising Officer*

11/17/14

[Signed: Loretta A. Preska, United States District Judge]

LAW FIRM OF FRANK A. RUBINO, ESQ. P.A.
BRICKELL BAY TOWER · 1001 BRICKELL BAY DRIVE, SUITE 2206, MIAMI, FLORIDA 33131 · TEL: (305) 858-5300, FAX: (305) 350-2001