```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :     13cr0673 (DLC)
                                     :
              -v-                    :     ORDER
                                     :
JOSE ALEJANDRO HURTADO,               :
                                     :
                    Defendant.        :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2016

On December 15, 2015, the defendant was sentenced principally to a term of imprisonment of 36 months. At the time of sentencing, defendant requested that the Court recommend to the Bureau of Prisons that he be designated to a facility as close as possible to Miami, Florida. That request was granted and the defendant was ordered to surrender to the designated facility by January 22, 2016. The Bureau of Prisons designated the Federal Detention Center in Miami, Florida (FDC Miami) as the facility at which the defendant is to serve his sentence. On January 14, the defendant requested that the Court amend its recommendation to the Bureau of Prisons regarding designation and moved to stay the surrender date. The defendant surrendered on January 22. Accordingly, it is hereby

ORDERED that motion to amend the recommendation to the Bureau of Prisons is granted. An Amended Judgment was filed on January 22, 2016 deleting the recommendation to the Bureau of Prisons. The motion to extend the surrender date is denied as moot.

Dated:      New York, New York
            January 25, 2016

                                       _____
                                            DENISE COTE
                                       United States District Judge