PREET BHARARA
United States Attorney for the
Southern District of New York
By:    JASON H. COWLEY
       Assistant United States Attorney
       One St. Andrew's Plaza
       New York, New York 10007
       Tel.: (212) 637-2479

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | DECLARATION OF PUBLICATION |
| -v.- | 13 Cr. 673 (DLC) |
| JOSE ALEJANDRO HURTADO, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   I, JASON H. COWLEY, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury that:

   I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York; and

   Attached to this declaration are (1) a true and correct copy of a Notice of Forfeiture in this action, and (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on January 15, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

Both documents referenced-above were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
      February 12, 2016

                                          JASON H. COWLEY
                                          Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: 13 CR 673 (DLC); NOTICE OF FORFEITURE

Notice is hereby given that on December 15, 2015, in the case of <u>U.S. v. Jose Alejandro Hurtado</u>, Court Case Number 13 CR 673 (DLC), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

$3,095,010.43 in United States currency formerly on deposit in Account Number NT1-564737, in the name of Jose Alejandro Hurtado at Northern Trust Securities Inc., and now in the custody of the United States Marshals Service; (15-FBI-002290)

$100,611.42 in United States currency formerly on desposit in Account Number 2840853202, in the name of Jose Alejandro Hurtado at Northern Trust Company, and now in the custody of the United States Marshals Service; (15-FBI-002307)

Any and all funds on deposit in Account Number P6DQ077063 in the name of Jose Alejandro Hurtado, held at HSBC;(16-FBI-001155)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (January 15, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Jason Cowley, One St. Andrew's Plaza, New York, NY  10007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 15, 2016 and February 13, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Jose Alejandro Hurtado

**Court Case No:**          13 CR 673 (DLC)
**For Asset ID(s):**         See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/15/2016 | 24.0 | Verified |
| 2 | 01/16/2016 | 24.0 | Verified |
| 3 | 01/17/2016 | 24.0 | Verified |
| 4 | 01/18/2016 | 24.0 | Verified |
| 5 | 01/19/2016 | 24.0 | Verified |
| 6 | 01/20/2016 | 24.0 | Verified |
| 7 | 01/21/2016 | 24.0 | Verified |
| 8 | 01/22/2016 | 24.0 | Verified |
| 9 | 01/23/2016 | 24.0 | Verified |
| 10 | 01/24/2016 | 24.0 | Verified |
| 11 | 01/25/2016 | 24.0 | Verified |
| 12 | 01/26/2016 | 24.0 | Verified |
| 13 | 01/27/2016 | 24.0 | Verified |
| 14 | 01/28/2016 | 24.0 | Verified |
| 15 | 01/29/2016 | 24.0 | Verified |
| 16 | 01/30/2016 | 24.0 | Verified |
| 17 | 01/31/2016 | 24.0 | Verified |
| 18 | 02/01/2016 | 24.0 | Verified |
| 19 | 02/02/2016 | 24.0 | Verified |
| 20 | 02/03/2016 | 24.0 | Verified |
| 21 | 02/04/2016 | 24.0 | Verified |
| 22 | 02/05/2016 | 24.0 | Verified |
| 23 | 02/06/2016 | 24.0 | Verified |
| 24 | 02/07/2016 | 24.0 | Verified |
| 25 | 02/08/2016 | 24.0 | Verified |
| 26 | 02/09/2016 | 24.0 | Verified |
| 27 | 02/10/2016 | 24.0 | Verified |
| 28 | 02/11/2016 | 24.0 | Verified |
| 29 | 02/12/2016 | 24.0 | Verified |
| 30 | 02/13/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.