UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :        13Cr0673 (DLC)
                                     :
            -v-                      :             ORDER
                                     :
JOSE ALEJANDRO HURTADO,               :
                      Defendant.     :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

On January 11, 2019, counsel for the defendant Jose Alejandro Hurtado filed a motion for early termination of supervised release. It is hereby

ORDERED that the motion is denied.

Dated:   New York, New York
         April 8, 2019

                                    _____
                                              DENISE COTE
                                     United States District Judge